**Opinion issued June 19, 2014**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-14-00302-CV

———————————

## IN THE INTEREST OF A.N.P., A CHILD

On Appeal from the 313th District Court
Harris County, Texas
Trial Court Case No. 2013-06289J

## MEMORANDUM OPINION

On May 15, 2014, Appellant filed a motion to dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1). No opinion has issued. Although appellant failed to include a certificate of conference in her motion, more than 10 days have passed and no party has responded to the motion. *See* TEX. R. APP. P. 10.1(a)(5), 10.3(a).

Accordingly, we grant the motion and dismiss the appeal.  *See* TEX. R. APP.
P. 42.2(a), 43.2(f).  We dismiss all pending motions as moot.

**PER CURIAM**

Panel consists of Justices Keyes, Sharp and Huddle.